

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2021

No. 04-21-00318-CV

Maria **BENAVIDES**,
Appellant

v.

**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE OF MFRA TRUST 2014-2,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00782
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on October 13, 2021. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file, **by November 2, 2021**:

1. her brief; and
2. a written response reasonably explaining: (a) her failure to timely file a brief; and (b) why appellee is not significantly injured by appellant's failure to timely file a brief.

If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2021.



MICHAEL A. CRUZ, Clerk of Court

